# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNO ABRAMIAN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>TAYLOR, et al.,<br><br>　　　　Respondents. | Case No. 1:24-cv-01207-SAB-HC<br><br>ORDER DIRECTING PETITIONER TO FILE MEMORANDUM AND EXHIBITS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition refers to a brief/memorandum and exhibits. (ECF No. 1 at 6, 7.[1]) However, no brief/memorandum or exhibits were attached to the petition, and the signature page includes a notation "requesting 30 days to prepare brief." (Id. at 8.)

Accordingly, IT IS HEREBY ORDERED that within THIRTY (30) days of the date of service of this order, Petitioner SHALL FILE his brief/memorandum and exhibits.

IT IS SO ORDERED.

Dated:　**October 9, 2024**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Page numbers refer to the ECF pagination stamped at the top of the page.