# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNO ABRAMIAN,<br><br>    Petitioner,<br><br>    v.<br><br>TAYLOR, et al.,<br><br>    Respondents. | Case No. 1:24-cv-01207-SAB-HC<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE<br><br>(ECF No. 15)<br><br>ORDER DIRECTING RESPONDENT TO COMPLY WITH LOCAL RULE 141(e)(2)(i) WITHIN TWO DAYS FROM THE DATE OF SERVICE OF ORDER |

Pursuant to Local Rule 141(b) and based on the representations contained in the Respondent's Request to Seal, IT IS HEREBY ORDERED that Respondent's Exhibit 1 to its Notice of Filing Removal Order, pertaining to Arno Abramian, and Respondent's Request to Seal shall be SEALED until further order of this Court.

It is FURTHER ORDERED that electronic access to the sealed documents shall be limited to Respondent and counsel for Petitioner.

The Court has considered the factors set forth in Oregonian Publishing Co. v. U.S. District Court for the District of Oregon, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in Respondent's Request, sealing Respondent's Request and Exhibit 1 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Respondent would be harmed. In light of the public filing of its Notice to

Seal, the Court further finds that there are no additional alternatives to sealing Respondent's Request and Exhibit 1 that would adequately protect the compelling interests identified by the Government.

Respondent is DIRECTED to comply with Local Rule 141(e)(2)(i)[1] within two days from the date of service of this order.

IT IS SO ORDERED.

Dated: **May 7, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] "If the requesting party is authorized to file electronically, then counsel for the requesting party shall either e-mail to the Clerk, at the e-mail address for sealed documents listed on the Court's website, an electronic copy of the documents covered by the sealing order, in .pdf format as an attachment, or submit to the Clerk by hand-delivery, U.S. mail, or same-day or overnight courier, a CD containing a copy of the documents in .pdf format." L.R. 141 (e)(2)(i).