**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARNO ABRAMIAN, | Case No. 1:24-cv-1207 JLT SAB (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| U.S. ATTORNEY GENERAL MERRICK GARLAND, et al., | (Docs. 11, 22) |
| Respondents. | |

Arno Abramian is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner asserts that the Bureau of Prisons has not applied Earned Time Credits ("ETC") and seeks an order directing the BOP to award ETCs.  (*See* Doc. 4.)  Respondents move to dismiss the petition, arguing Petitioner did not exhaust his administrative remedies and, as "a non-citizen who suffered a final order of removal," lacks standing for his claim.  (Doc. 11.)  Respondent filed order of the immigration judge in support of the motion to dismiss.  (Doc. 19.)

As an initial matter, the magistrate judge found "the exhaustion requirement should be excused in this case due to futility because Respondent has determined that Petitioner is 'jurisdictionally and statutorily barred from FSA ETC sentence-offsets due to a final order of removal.'" (Doc. 22 at 3, quoting Doc. 11 at 3.)  Nevertheless, the magistrate judge observed that

a final order of removal directs Petitioner's removal from the United States and Petitioner "is ineligible to apply First Step Act time credits." (*Id.* at 4.) Therefore, the magistrate judge found "Petitioner cannot obtain the relief he seeks in the petition," and recommended the Court grant Respondent's motion to dismiss. (*Id.*)

The Court served the Findings and Recommendations on the parties and notified Petitioner that any objections were due within 30 days. (Doc. 22 at 5.) The Court advised the parties that the "failure to file objections within the specified time may waive the right to appeal the District Court's order." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Petitioner did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 10, 2025 (Doc. 22) are **ADOPTED** in full.
2. Respondent's motion to dismiss (Doc. 11) is **GRANTED**.
3. The petition for writ of habeas corpus is **DISMISSED**.
4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: **July 29, 2025**

UNITED STATES DISTRICT JUDGE